"UNDER SEAL"

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC
JAN 17 2013
US DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket No. 3:13-cr-20-FDW |
| v. | UNDER SEAL |
| (1) PEDRO OSCAR DIEGUEZ, also known as "The Cuban"<br>(2) MAXIMILIANO AGUILAR-RODRIGUEZ<br>(3) JUAN DIEGO AGUILAR-PRECIADO | ORDER SEALING BILL OF INDICTMENT AND OTHER DOCUMENTS |

UPON MOTION of the United States of America for an order directing that the Bill of Indictment, the Arrest Warrants, the Motion to Seal, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Bill of Indictment, the arrest Warrant, the Motion to Seal, and this Order be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

So ordered this 17 day of January 2013.

_____
THE HONORABLE DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE