

NORTH CAROLINA WESTERN
MEMORANDUM

**Date:** August 23, 2017
**To:** The Honorable Frank D. Whitney, Chief U.S. District Court Judge
**From:** Will Sinclair
**Subject:** International Travel Request for Maximiliano Aguilar-Rodriguez
Case Number DNCW3:13CR00020-002

---

The defendant has requested travel to Guadalajara Jalisco, Mexico to visit with his family between the dates of September 12th, 2017 and September 20th, 2017. He reported that he will be staying with Federico Aguilar at La Mezcalera #35 Ignacio y Lopez, Tapalapa, Jalisco 49340 when he arrives and then with Yolanda Aguilar at 408 Ramon Corona Calle, Tizapan el Alto, 49400 for the remainder of the trip. On August 17, 2017, this U.S. Probation Officer communicated with AUSA Steven Kauffman, via email, regarding the defendant's request to travel. AUSA Kauffman was not opposed to the defendant's request for international travel.

Respectfully submitted,

By    s/ Will Sinclair
Will Sinclair
U.S. Probation Officer
200 South College St
Charlotte, NC 28202
704-350-7672
Date: August 18, 2017

Approved by:    s/ Glynis Eaton
Glynis Eaton
Supervising U.S. Probation Officer
704-350-7637

THE COURT ORDERS:

x☐     Request for travel approved.
☐     Request for travel denied.

Date: August 18, 2017

Signed: August 23, 2017

Frank D. Whitney
Chief United States District Judge