

**NORTH CAROLINA WESTERN**
MEMORANDUM

Date: June 25, 2018

To: The Honorable Frank D. Whitney, Chief U.S. District Court Judge

From: William Sinclair
Sr. U.S. Probation Officer

Subject: International Travel Request
Maximiliano Aguilar-Rodriguez
Case Number DNCW313CR00020-002

---

The defendant has requested permission to travel to Union de Tula in Jalisco, Mexico to visit his family from July 20th until August 20th of 2018. The defendant plans to stay with his family at #57 Moriela, Union de Tula, Jalisco Mexico, 48000. The defendant is in compliance with all conditions of supervision. He has maintained a stable residence and employment since his release.

This officer corresponded with AUSA Steven Kauffman on June 6, 2018 and was informed that he was not opposed to the defendant traveling outside the United States. It is respectfully requested that Your Honor consider the defendant's request for travel.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

By     s/ Will Sinclair
Will Sinclair
Sr. U.S. Probation Officer
200 South College St
Charlotte, NC 28202
704-350-7672
Date: <u>June 22, 2018</u>

Approved by:  s/ Glynis L. Eaton
              Glynis L. Eaton
              Supervising U.S. Probation Officer
              704-350-7637

---

THE COURT ORDERS:

☒    Request for travel approved.
☐    Request for travel denied.

Signed: June 25, 2018

Frank D. Whitney
Chief United States District Judge